IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SULLIVAN JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>JELD-WEN, INC.,<br><br>    Defendant. | Civil Action No.<br><br>1:22-cv-03945-VMC-JKL<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sullivan James and Defendant Jeld-Wen, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above-captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 22nd day of May 2023.

| **BARRETT & FARAHANY** | **LITTLER MENDELSON, P.C.** |
|---|---|
| /s/ *Ianna O. Richardson* | /s/ *Benson E. Pope* |
| Ianna O. Richardson | Benson E. Pope |
| Georgia Bar No. 655153 | Georgia Bar No. 583730 |
| *Attorney for Plaintiff* | Nichole C. Novosel |
| P.O. Box 530092 | Georgia Bar No. 784108 |
| Atlanta, GA 30353 | *Attorneys for Defendant* |
| (404) 214-0120 | 3424 Peachtree Rd., N.E. |
| ianna@justiceatwork.com | Suite 1200 |
| | Atlanta GA, 30326.1127 |
| | (404) 233-0330 |
| | bpope@littler.com |
| | nnovosel@littler.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SULLIVAN JAMES,<br><br>  Plaintiff,<br><br>v.<br><br>JELD-WEN, INC.,<br><br>  Defendant. | Civil Action No.<br><br>1:22-cv-03945-VMC-JKL<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 22nd day of May 2023.

**BARRETT & FARAHANY**

s/ *Ianna O. Richardson*
Ianna O. Richardson
Georgia Bar No. 655153

3